

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

September 17, 1965

Mr. John S. Hovenga
Executive Director
Board of Regents of State
  Teachers Colleges
Sam Houston State Office Bldg.
Austin, Texas

Opinion No. C-512

Re: Whether or not the re-
quirements of Article
2663b-2, Vernon's Civil
Statutes, are met by
students who take and
pass an advanced stand-
ing examination in Am-
erican History and Texas
History?

Dear Mr. Hovenga:

        We are in receipt of your letter requesting an
opinion from this office on the above captioned question.

        Senate Bill 254, Acts 54th Legislature, Regular Ses-
sion, 1955, is codified as Article 2663b-2, Vernon's Civil
Statutes.  Section 1, Article 2663b-2, Vernon's Civil Statutes,
is quoted as follows:

        "Section 1.  No person after July 1, 1956,
        shall be granted an undergraduate degree of any
        kind from any institution of higher learning sup-
        ported or maintained by the State of Texas, or
        from any junior college receiving state aid, ex-
        cept that he or she has taken and passed six
        semester hours in American History provided
        that any student shall have the option, at his
        or her request, to substitute three semester
        hours of Texas History for three of the six
        semester hours in American History required
        by the terms of this Act."

        The answer to your question requires a determination
of the meaning of the phrase "taken and passed," as such phrase
appears in the context of Section 1, Article 2663b-2, Vernon's
Civil Statutes.

It is our opinion that the plain and unambiguous language of Section 1, supra, requires the taking and passing of courses of instruction consisting of six semester hours in American History or the sum of three semester hours in American History and three semester hours in Texas History. This requirement may not be met by taking and passing advanced standing examinations in American or Texas History by those who have not taken and passed the courses required in Section 1.

In Volume 53, Tex.Jur.2d, Statutes, § 164, p. 240-241, it is stated:

"If the language of a statute is unambiguous, and its meaning is clear, the statute will be construed and given effect according to its terms. In such a case, the court is not concerned with the policy or wisdom of the act, nor with the probability that its operation will entail disastrous or mischievous results."

## S U M M A R Y

Under the provisions of Section 1, Article 2663b-2, Vernon's Civil Statutes, a student who takes and passes an advanced standing examination in the field of American History or Texas History does not fulfill the requirements of such statute by merely passing such examination.

Very truly yours,

WAGGONER CARR
Attorney General

By: *Ivan R. Williams, Jr.*
Ivan R. Williams, Jr.
Assistant

IRWjr:mkh

APPROVED:
OPINION COMMITTEE

W. O. Shultz, Chairman
John Reeves
Harold Kennedy
Sam Kelley

APPROVED FOR THE ATTORNEY GENERAL
BY:  T. B. Wright